Casey E. MURPHY, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2008–7010.

United States Court of Appeals, Federal Circuit.

Jan. 4, 2008.

ON MOTION

*ORDER*

Upon consideration of Casey E. Murphy's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.